IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRUCE DUEKER, individually and as the Personal Representative of the Estates of Charles Dueker and Linda Dueker, Deceased; and LINNEA DUEKER, individually and as the Personal Representative of the Estates of Charles Dueker and Linda Dueker, Deceased; <br><br> Plaintiffs, <br><br> vs. <br><br> IHC SCOTT, INC., W.W. CLYDE & CO., CONTRACTOR SERVICES, INC., BARCA LIMITED, LLC, ROOSTER ZAMORA JR TRUCKING, LLC, FERNANDO ZAMORA CANCHOLA, and ALDO HERNANDEZ-MEZA, <br><br> Defendants. | 4:24CV3110 <br><br> ORDER |

    This matter comes before the Court on Plaintiffs' motion for leave to serve by publication. Filing No. 41. Under Federal Rule of Civil Procedure 4(e), a plaintiff may serve a defendant by following the law of the state in which the district court is located, in this case, Nebraska. Nebraska Revised Statutes §§ 25-518.01–520.03 permit service by publication when ordered by the Court. Having

documented their unsuccessful attempts to otherwise serve defendant Aldo Hernandez-Meza, Plaintiffs' request for service by publication is granted.

IT IS ORDERED:

1. Plaintiff's motion for service by publication, Filing No. 41, is granted. Plaintiffs shall publish such notification as requested.

Dated this 28th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge